IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED
AUG 25 2021
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | I N D I C T M E N T |
| ) | JUDGE BOYKO |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 1:21 CR 606 |
| ) | Title 21, United States Code, |
| EARL KING, ) | Sections 841(a)(1), (b)(1)(A) and |
| ) | 846; Title 18, United States |
| Defendant. ) | Code, Sections 1952(a)(3) and 2 |

COUNT 1
(Conspiracy to Possess with Intent to Distribute Cocaine,
21 U.S.C. § 846)

The Grand Jury charges:

1. From on or about March 5, 2020 through July 8, 2021, in the Northern District of Ohio, Eastern Division, and elsewhere, Defendant EARL KING and others known and unknown, did knowingly and intentionally combine, conspire, confederate, and agree together and with each other and with others known and unknown to the Grand Jury, to possess with intent to distribute and to distribute at least 5 kilograms of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

ENHANCED PENALTY UNDER TITLE 21,
UNITED STATES CODE, SECTION 841(b)(1)(A)
(Prior Serious Drug Felony Conviction, 21 U.S.C. § 841(b)(1)(A))

2. Before the Defendant committed the instant offense charged in this count, the defendant had a final conviction for a serious drug felony, namely, a conviction under Title 21, United States Code, Sections 841(a)(1), b)(1)(A) and 846, for Possession with Intent to Distribute

Heroin, cocaine, and cocaine base ("crack"), in case no. 1:11-CR-12, in the Northern District of Ohio, for which he served more than 12 months of imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense.

All in violation of Title 21, United States Code, Section 846.

COUNT 2
(Interstate Travel in Aid of Racketeering, 18 U.S.C. 1952(a)(3))

The Grand Jury further charges:

3. On or about June 18, 2021, in the Northern District of Ohio, Eastern Division, and elsewhere, Defendant EARL KING did travel in interstate commerce from the State of Ohio to the State of Texas, with the intent to promote, manage, establish, carry on, and facilitate the promotion, management, establishment, and carrying on of an unlawful activity, to wit: the distribution of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 846, and Defendants thereafter did perform and attempt to perform acts to promote, manage, carry on, and facilitate the promotion, management, and carrying on of said unlawful activity, in violation of Title 18, United States Code, Section 1952(a)(3).

COUNT 3
(Attempt to Possess with Intent to Distribute Cocaine,
21 U.S.C. §§ 841(a)(1), (b)(1)(A) and 846)

The Grand Jury further charges:

4. On or about June 24, 2021, in the Northern District of Ohio, Eastern Division, and elsewhere, Defendant EARL KING did knowingly and intentionally attempt to possess with intent to distribute 5 kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(B) and 846.

ENHANCED PENALTY UNDER TITLE 21,
UNITED STATES CODE, SECTION 841(b)(1)(A)
(Prior Serious Drug Felony Conviction, 21 U.S.C. § 841(b)(1)(A))

5. Before the Defendant committed the instant offense charged in this count, the defendant had a final conviction for a serious drug felony, namely, a conviction under Title 21, United States Code, Sections 841(a)(1), b)(1)(A) and 846, for Possession with Intent to Distribute Heroin, cocaine, and cocaine base ("crack"), in case no. 1:11-CR-12, in the Northern District of Ohio, for which he served more than 12 months of imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense.

## FORFEITURE

The Grand Jury further charges:

6. For the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853; Title 18, United States Code, Section 981(a)(1)(C); and Title 28 United States Code, Section 2461(c), the allegations of Counts 1 through 3 are incorporated herein by reference. As a result of the foregoing offenses, Defendant EARL KING shall forfeit to the United States any and all property constituting, or derived from, any proceeds he obtained, directly or indirectly, as the result of such violations; and any and all of his property used or intended to be used, in any manner or part, to commit or to facilitate the commission of such

violations; and/or any property real or personal, which constitutes or is derived from proceeds traceable to the violations set forth herein.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.